FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAR 0 6 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

        Plaintiff,

  -against-

PAULINE SOVIERO, individually and as
officer, director, shareholder, and/or principal
of Black Rock Bar; BLACK ROCK BAR,

        Defendants.
-----------------------------------------------------------------X

ORDER

11-CV-1215 (NGG) (CLP)

NICHOLAS G. GARAUFIS, United States District Judge.

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Joe Hand Promotions, Inc. ("Joe Hand") moves, unopposed, for a default judgment against the defendants, Pauline Soviero and the Black Rock Bar. (Docket Entry # 12.) Because the facts asserted in Joe Hand's complaint (Docket Entry # 1) are sufficient to establish the defendants' liability under 47 U.S.C. §§ 553 and 605 as well as for the tort of conversion, the motion is GRANTED. Pursuant to 28 U.S.C. § 636(b)(1)(B), Joe Hand's claims for damages, attorney's fees, and costs are respectfully referred to Magistrate Judge Cheryl L. Pollak for a Report and Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
      March _5_, 2012

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge