UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

          Plaintiff,

  -against-

PAULINE SOVIERO, individually and as
officer, director, shareholder, and/or principal
of Black Rock Bar; and BLACK ROCK BAR,

          Defendants.
-----------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

**ORDER**

**11-CV-1215 (NGG) (CLP)**



Before the court is a report and recommendation ("R&R") (Docket Entry # 17) prepared by Magistrate Judge Cheryl L. Pollak in response to the court's referral of this case to her for an inquest on damages. The R&R is ADOPTED.

By order dated March 6, 2012, the court granted the plaintiff's motion for default judgment in this Communications Act case, and referred the case to Judge Pollak for a report and recommendation on the issue of damages. (See Docket Entry # 13.) Judge Pollak filed the R&R on July 31, 2012.

No party has objected to the R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the court reviews the R&R for clear error. See La Torres v. Walker, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000); Gesualdi v. Mack Excavation & Trailer Serv., Inc., No. 09-CV-2502 (KAM) (JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010).

The court has reviewed the R&R for clear error and, finding none, ADOPTS the R&R in its entirety. For the reasons set forth in the R&R, the court ORDERS that the plaintiff is awarded $7,000, representing: (1) $1,000 in statutory damages; (2) $5,000 in enhanced damages; and (3)

$1,000 in litigation costs. No attorney's fees are awarded.

SO ORDERED.

                                                              s/NGG

Dated: Brooklyn, New York           NICHOLAS G. GARAUFIS
       August 28, 2012                   United States District Judge